**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

BYRON DEAN WALLER,

    Plaintiff,

v.                                                        CASE NO. 4:12cv67-MP-CAS

ST. CHARLES COUNTY
SHERIFF'S OFFICE,

    Defendant.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 20, 2012. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is transferred to the United States District Court for the Eastern District of Missouri, Eastern Division, for all further proceedings.

    **DONE and ORDERED** this 19th day of April, 2012.

                                  *s/ M. Casey Rodgers*
                                  **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**